# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: Jesus Zambrano          JOINT DEBTOR: Maria Mena          CASE NO.:_____
Last Four Digits of SS# 6850          Last Four Digits of SS# 4854

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 218.71 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 + $525 (Motion to value) = $4175 TOTAL PAID $1500
    Balance Due    $ 2675 payable $ 53.50/month (Months 1 to 50)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None    Arrearage on Petition Date $
Address:    Arrears Payment    $_____/month (Months ____ to ____)
    Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Auto Finance Account No: xxxx0001 | 2010 Toyota Corolla XLE $6050.00 | 5.25% | $114.87 | 1 to 60 | $114.87 at 5.25% interest for a total payment of $6,891.914 |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None    Total Due $_____
    Payable    $_____/month (Months ____ to ____) Regular Payment $_____

<u>Unsecured Creditors</u>: Pay $ 28.47/month (Months 1 to 50) and Pay $ 81.97/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Biscayne Point South HOA, Nissan Motor Acceptance Corporation and Wells Fargo Home Mortgage and will continue to pay said creditors directly outside of chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.                              /s/Robert Sanchez, Esq.
Attorney for the Debtor                                      Attorney for the Joint Debtor
Date: 05-19-2016                                             Date: 05-19-2016

LF-31 (rev. 01/08/10)