**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                               CASE NO: 16-17192-RAM
                                                                     CHAPTER 13

JESUS V ZAMBRANO aka Jesus Zambrano, aka Jesus
Vicente Zambrano, aka Jesus Vicente Zambrano Lopez, aka
Jesus Zambrano Lopez, aka Jesus V Zambrano Lopez,
AND MARIA E MENA FRANCO aka Maria Mena Franco,
aka Maria Elizabeth Mena Franco, aka Maria Elizabeth Mena,
aka Maria Mena, aka Maria Mena Franco, aka Maria E. Mena

         Debtor(s)

_____/

**REQUEST FOR NOTICE AND REQUEST TO BE**
**ADDED TO CREDITOR'S MATRIX REGARDING PROPERTY**
**DESCRIBED AS 12108 SW 249TH ST, HOMESTEAD, FL 33032 AND THAT**
**CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER ****3294**

        NOW COMES Wells Fargo Bank, NA, its successors and/or assigns, by and through its

attorney Brock and Scott, PLLC pursuant to Bankruptcy Rule 9010 (b) and makes its appearance

as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and

hearings; that it receive copies of all documents; and be added to the matrix to be served at the

addresses below:

Brock and Scott, PLLC
PO Box 25018
Tampa, FL 33622-5018
813-251-4766

Wells Fargo Bank, N.A.
3476 Stateview Blvd
Fort Mill, South Carolina 29715

        The undersigned counsel's filing of this notice is limited to the instant case noted above and

should not be construed as unlimited representation of the Creditor with respect to any and all

matters, proceedings, or actions that may be taken in the instant case or any associated case or

proceeding involving the above named Creditor.

B&S File No. 16-F06456

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: Maria E Mena Franco, 12108 SW 249th Street, Homestead, FL 33032-5963 and Jesus V Zambrano, 12108 SW 249th Street, Homestead, FL 33032-5963; Robert Sanchez, Esq., 355 W 49 St., Hialeah, FL 33012; Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027; Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 21st day of June, 2016.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
PO. Box 25018
Tampa, FL 33622
Phone: (813) 251-4766 Ext: 4773
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa M. Hair

_____

TERESA M. HAIR, ESQUIRE
Florida Bar No. 44079

B&S File No. 16-F06456