UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)
1amended plan

DEBTOR: Jesus Zambrano          JOINT DEBTOR: Maria Mena          CASE NO.: 16-17192-RAM
Last Four Digits of SS# 6850          Last Four Digits of SS# 4854

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 218.71   for months 1 to 60 ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + $525 (Motion to value) = $4175 TOTAL PAID $1500
                  Balance Due   $ 2675 payable $ 53.50/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                                Arrearage on Petition Date  $
Address:_____                Arrears Payment   $_____/month (Months _____ to _____)
_____                Regular Payment   $_____/month (Months _____ to _____)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Auto Finance Account No: xxxx0001 | 2010 Toyota Corolla XLE $6050.00 | 5.25% | $114.87 | 1 to 60 | $114.87 at 5.25% interest for a total payment of $6,891.914 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None_____   Total Due $_____
                             Payable   $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 28.47/month (Months 1 to 50) and Pay $ 81.97 /month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with secured creditors Biscayne Point South HOA, Nissan Motor Acceptance Corporation and Wells Fargo Home Mortgage and will continue to pay said creditors directly outside of chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X_____                          X_____
Debtor                                             Joint Debtor
Date: 6-23-16                                      Date: 06-23-16

LF-31 (rev. 01/08/10)