UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Jesus V. Zambrano                                           Case No.: 16-17192-RAM
Maria E Mena Franco                                         Chapter 13
                Debtors      /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Personal Property and Notice of Hearing was sent to all interested parties on June 27, 2016 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Jesus V Zambrano & Maria E. Mena Franco
12108 SW 249th Street
Homestead, FL 33032-5963

**Via Certified Mail:**

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo, N.A.
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wells Fargo Auto Finance, Inc.
c/o John G. Stumpf, CEO
P.O. Box 29704
Phoenix, AZ 85038-9704

                Respectfully Submitted:

                **ROBERT SANCHEZ, P.A.**
                Attorney for Debtor
                355 West 49th Street
                Hialeah, FL 33012
                Tel. 305-687-8008

                By:*/s/ Robert Sanchez*_____
                Robert Sanchez, Esq., FBN#0442161