UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
JESUS V ZAMBRANO
AND MARIA E MENA FRANCO,            Case no. 16-17192-BKC-RAM
                                    Chapter 13 Case
        Debtor(s).         /

**WELLS FARGO BANK N.A.'S**
**RESPONSE TO DEBTOR'S MOTION TO VALUE AND OBJECTION TO PLAN**

Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services, ("Creditor") responds in opposition to debtors' motion to value (DE #24) and objects to the confirmation of plan (DE #22)as follows:

1. On May 19, 2016, debtors filed for relief under Chapter 13 the Bankruptcy Code.

2. On September 25, 2014, **less than 910 days prior to filing,** debtor Maria E Mena Franco executed a contract pertaining to the purchase of a **2010 TOYOTA COROLLA SEDAN 4D 1.8L I4, VIN 1NXBU4EE3AZ291768.**

3. The debtor understates the value of the vehicle. The replacement (retail) value of the vehicle is **$8,075.00,** per the N.A.D.A. Official Used Car Guide for May 2016, a copy of which is attached as Exhibit A.

4. The total payoff on the account, as of May 19, 2016, is **$9,867.91,** which must be paid in full with interest.

5. Creditor requires updated proof of collision and comprehensive insurance.

6. Creditor objects to the proposed interest rate of

5.25%. Creditor requests the *Till* rate of 5.5%.

7.  Creditor objects to any portion of its claim being disallowed and stricken.

**WHEREFORE,** Creditor respectfully requests that the debtors' motion to value and that confirmation of plan be denied be denied.

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on July 22, 2016, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, Nancy K. Neidich, Trustee, and Robert Sanchez, Esq., attorney for debtors, & mailed to Jesus V Zambrano and Maria E Mena Franco, debtor, 12108 SW 249 Street, Homestead, FL 33032.

```
                GERARD M. KOURI, JR., P.A.
                Attorneys for Wells Fargo Bank N.A.
                5311 King Arthur Ave, Davie, FL 33331
                Tel (954) 862-1731; Fax  (954) 862-1732
```

*/s/ Gerard M. Kouri, Jr.*
By:_____
     GERARD M. KOURI, JR., ESQ.
     FBN 375969

5/24/2016

**NADA Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2010 Toyota Corolla Sedan 4D 1.8L I4 |
| Region: | Southeastern |
| Period: | May 24, 2016 |
| VIN: | 1NXBU4EE3AZ291768 |
| Mileage: | 112,760 |
| Base MSRP: | $15,350 |
| Typically Equipped MSRP: | $17,010 |

## NADA Used Cars/Trucks Values

| Base | Mileage Adj. | Option Adj. | Adjusted Value | |
|---|---|---|---|---|
| Clean Loan | $6,000 | -$875 | $0 | **$5,125** |
| Clean Retail | $8,950 | -$875 | $0 | **$8,075** |

Exhibit A

NADA User Car Guide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report.
NADA Used Car Guide and its logo are registered trademarks of National Automobile Dealers Association, used under license by J.D. Power and Associates.
©2016 J.D. Power and Associates