

**ORDERED in the Southern District of Florida on August 23, 2016.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

Jesus V. Zambrano                           Case No.: 16-17192-RAM
Maria E Mena Franco                         Chapter 13

_____ Debtors____/

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE
### SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY
### <u>WELLS FARGO AUTO FINANCE</u>

THIS MATTER having come upon the Debtor's Motion to Value and Determine

Secured Status of Lien on Personal Property Held by Wells Fargo Auto Finance

("Creditor") (DE <u>24</u> ; the "Motion"), and the Creditor having agreed and the Court having

reviewed the file, the Court FINDS as follows:

A.  The value of the debtor's personal property (the "Personal Property") more

particularly described as follows *(Select only one)*:

<u> X </u> Motor vehicle described as follows:

LF-103 (06/14/10)

Year and Model of motor vehicle:         2010 Toyota Corolla XLE
Vehicle Identification Number (VIN #):    1NXBU4EE3AZ291768[1]
Odometer reading:                         112,760

___ Personal property other than a motor vehicle described as follows:

is $ 7,500.00  at the time of the filing of this case.

Consequently, it is **ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   Lender has an allowed secured claim in the amount of $ 7,500.00 .

3.   (Select only one):

___ Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed.  Lender's secured claim shall be paid through the plan at _____% for a total of $_____.

or

 X  Lender filed a proof of claim in this case [POC#2].  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $2,367.91 , regardless of the original classification in the proof of

---

[1] The Motion filed at ECF#24 contains the VIN of another vehicle of the Debtors. The Creditor and Debtor have taken this into account and corrected the VIN on this instant Order.

LF-103 (06/14/10)

claim as filed. Lender's secured claim shall be paid through the plan at  5.5     % for a total of $  8,595.52          .

4.   The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5.   Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6.   Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to release the lien upon the personal property.

### 

Submitted by:

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161

Attorney  Robert Sanchez, Esq.  is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

LF-103 (06/14/10)