

**ORDERED in the Southern District of Florida on September 24, 2020.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Jesus V Zambrano
       Maria E Mena Franco        Case No: 16-17192-RAM
                                            Chapter 13
             Debtors      /

### ORDER GRANTING MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT

**THIS MATTER** came on to be heard on _September 22, 2020_ on the Debtor's Motion to Allow Debtor to Incur New Debt [ECF #60] and based on the record, it is

ORDERED as follows:

1. The Debtors' Motion to Allow Debtor to Incur New Debt [ECF #60] is GRANTED.

2. The Debtors may incur new debt to purchase and finance a vehicle as stated in the Motion.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.