UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 16-17192-RAM

IN RE:

JESUS V. ZAMBRANO
Debtor(s)
_____/

TRUSTEE'S MOTION TO COMPEL FIRST NATIONAL BANK OF OMAHA (CLAIM 32)
TO TURNOVER OVER PAYMENT
AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Motion to Compel First National Bank of Omaha (Claim 32) to Turnover Overpayment and states as follows: .

1. First National Bank of Omaha (Claim 32) ("Creditor") received an overpayment or misdirected payment in the amount of $47.45

2. On June 10, 2021, the Trustee sent a letter to Creditor requesting the return of these funds.

3. As of August 9, 2021, the Trustee has not received the return of funds from Creditor.

THEREFORE, the Trustee requests that this court enter an order compelling First National Bank of Omaha (Claim 32) to return the amount of $47.45 to Nancy K Neidich, Esq, Chapter 13 Trustee c/o Creditor Accounts, P.O. Box 278783, Miramar, Fl  33027-8783 within 30 days .

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/
Amy E. Carrington, Esq.
FLORIDA BAR NO: 101877

I hereby certify that a true and correct copy of the Motion to Compel First National Bank of Omaha (Claim 32) to Turnover Overpayment the amount of $47.45 and the Notice of Hearing was served on _August 10, 2021_ to:

by certified mail to:    7020 0090 0000 6549 2631

Clark D. Lauritzen, Chairman and President,
First National Bank of Omaha
1601 Capitol Avenue
Omaha, NE 68102

by US First Class Mail to:

First National Bank of Omaha
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

by _____/s/_____
AMY E. CARRINGTON, ESQUIRE
FLORIDA BAR NO: 0101877

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

June 10, 2021

**VIA CERTIFIED MAIL #7020 0090 0000 6549 0224**
First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197

**RE:    Jesus V. Zambrano / Maria E. Mena Franco**
**Case No.: 16-17192-RAM**
**Acct. No.: 1829**

Dear First National Bank of Omaha:

In connection with an audit of the above-referenced Chapter 13 file, I have found that this office inadvertently disbursed to your company an over disbursement of **$47.45. Therefore, the over-disbursement of $47.45 must be returned to this office. Please mail the refund check to Nancy K. Neidich Trustee, PO Box 278783, Miramar, FL 33027-8783.**

| ACCOUNT NO: | OVERPAYMENT AMOUNT: |
|---|---|
| 1829 | $47.45 |

Please remit **$47.45** to the Trustee's office within twenty (20) days of this notice. This will allow us to properly administer the case and provide that all creditors receive the proper amount.

Thank you for your anticipated cooperation. If you have any questions, please contact this office.

Sincerely,
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE


Nancy K. Neidich, Trustee
Re: Clerk Cl #3  TT Cl #10